NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**QUALCOMM INCORPORATED,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

_____

2020-1560

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-01249.

_____

**JUDGMENT**

_____

JENNIFER L. SWIZE, Jones Day, Washington, DC, argued for appellant.  Also represented by ROBERT BREETZ,

DAVID B. COCHRAN, DAVID MICHAEL MAIORANA, JOSEPH M. SAUER, Cleveland, OH; MATTHEW JOHNSON, JOSHUA R. NIGHTINGALE, Pittsburgh, PA; ISRAEL SASHA MAYERGOYZ, Chicago, IL.

LAUREN ANN DEGNAN, Fish & Richardson PC, Washington, DC, argued for appellee. Also represented by ASHLEY BOLT, Atlanta, GA; ROBERT COURTNEY, Minneapolis, MN.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, for intervenor. Also represented by THOMAS W. KRAUSE, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2021        /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court